# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| CLARENCE J. GRAHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 4:17-cv-2263 CAS |
| ) | |
| UNIVERSITY CITY, MISSOURI, et al. ) | |
| ) | |
| Defendants. ) | |

### JOINT MOTION FOR EXTENSION OF TIME TO COMPLY WITH ADR REFERRAL

COME NOW Plaintiff and Defendants (collectively, "the parties"), by and through their attorneys, and respectfully request an extension of 30 days to comply with ADR referral. In support, the parties state as follows:

1. On May 1, 2018, this Court entered its Order Referring the Case to Alternative Dispute Mediation. ECF 25. The case has been referred to mediation and the parties have been ordered to designate an agreed upon mediator by May 11, 2018. *Id*. The parties have been ordered to complete mediation before July 2, 2018. *Id*.

2. The parties are in active settlement negotiations and are hopeful that this case can be settled without formal mediation. Although the parties have agreed upon a mediator, they belief that the likelihood of settlement is better if they are able to reach an agreement without incurring the additional expenses of mediation.

3. Thus, the parties jointly request a 30-day extension of time to designate a mediator as well as to complete mediation. Designate would be due on June 11, 2018, with mediation to be completed by August 1, 2018.

WHEREFORE, the parties move this Court extend the time to designate a neutral to June 11, 2018 and the time to complete mediation to August 1, 2018.

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827MO
Jessie Steffan, #64861MO
AMERICAN CIVIL LIBERTIES UNION OF
    MISSOURI FOUNDATION
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
Telephone: (314) 652-3114
Facsimile: (314) 652-3112
trothert@aclu-mo.org
jsteffan@aclu-mo.org

Gillian R. Wilcox, #61278MO
AMERICAN CIVIL LIBERTIES UNION OF
    MISSOURI FOUNDATION
406 West 34th Street, Suite 420
Kansas City, Missouri 64111
Telephone: (816) 470-9933
Facsimile: (314) 652-3112
gwilcox@alcu-mo.org

**ATTORNEYS FOR PLAINTIFFS**

KING, KREHBIEL & HELLMICH, LLC

/s/ Blake D. Hill
Blake D. Hill, #58926MO
Robert J. Krehbiel #28616MO
2000 South Hanley Road
St. Louis, MO 63144-1524
Phone: 314-646-1110
Fax: 314-646-1122
E-mail:bhill@kingkrehbiel.com
E-Mail: rkrehbiel@kkhhb.com

**ATTORNEYS FOR DEFENDANTS
UNIVERSITY CITY, MO AND LARRY
BECTON**

2

## CERTIFICATE OF SERVICE

I certify that on May 11, 2018, a copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to counsel of record.

/s/ Anthony E. Rothert