**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| CLARENCE J. GRAHAM | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 4:17-cv-2263-CAS |
| | ) | |
| UNIVERSITY CITY, MISSOURI, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW plaintiff and defendants, by and through their attorneys and stipulate and agree that plaintiff's Complaint and all causes of action and claims contained therein may be dismissed with prejudice with each party to bear their own costs including attorney fees.

It is so stipulated and agreed this 20th day of July, 2018.

Respectfully submitted,

/s/ Gillian R. Wilcox
Gillian R. Wilcox, #61278MO
ACLU of Missouri Foundation
406 West 34th Street, Suite 420
Kansas City, MO 64111
Phone: 816-470-9933
Fax:    314-652-3112
gwilcox@aclu-mo.org
*Attorney for Plaintiff*

KING, KREHBIEL & HELLMICH, LLC
By: /s/ Blake D. Hill
Blake D. Hill, #58926MO
2000 South Hanley Road
St. Louis, MO 63144-1524
Phone: 314-646-1110
Fax: 314-646-1122
E-mail:bhill@kingkrehbiel.com
*Attorneys for Defendants*