**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| CLARENCE J. GRAHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:17-CV-2263 CAS |
| v. ) | |
| ) | |
| UNIVERSITY CITY, MISSOURI and ) | |
| LARRY BECTON, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

In accordance with the Parties' Stipulation of Dismissal With Prejudice,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall make an entry in the docket record reflecting the dismissal of this action with prejudice.  Fed. R. Civ. P. 41(a)(1)(A)(ii).

*/s/ Charles A. Shaw*
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this   20th   day of July, 2018.